# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Ellen Klatt,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>            Defendants. | **NO. CV-14-02711-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the jury's verdict reached on December 14, 2017, judgment is entered in favor of plaintiff and against defendant in the amount of $ 408,035.75.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

December 14, 2017

                                        s/ E. Aragon
                                  By  Deputy Clerk