**FILED**

**NOV 16 2018**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY ELLEN KLATT, as the personal representative of the Estate of John Klatt,<br><br>            Plaintiff-Appellee,<br><br>  v.<br><br>MARICOPA COUNTY,<br><br>            Defendant-Appellant. | No.   18-15577<br><br>D.C. No. 2:14-cv-02711-SPL<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

The court is in receipt of the parties' Stipulated Agreement to Dismiss Appeal.  Pursuant to the stipulation of the parties (Docket Entry No. 13), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Kyungah Suk
Circuit Mediator

KS/Mediation